

RECEIVED
DEC 0 4 2013
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT, LOUISIANA
BY: _____

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | |
|---|---|
| ROY ANTHONY WILLIAMS<br>LA. DOC #433256 | CIVIL ACTION NO. 3:13-cv-2620 |
| | SECTION P |
| VERSUS | JUDGE WALTER |
| WARDEN BURL CAIN | MAGISTRATE JUDGE HAYES |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, determining that the findings are correct under the applicable law, and considering the objections to the Report and Recommendation in the record;

**IT IS ORDERED** that this petition for *habeas corpus* be **DISMISSED WITH PREJUDICE** as time-barred by the provisions of 28 U.S.C. §2244(d).

**THUS DONE AND SIGNED**, in chambers, in Shreveport, Louisiana, on this ___4___ day of December, 2013.

DONALD E. WALTER
UNITED STATES DISTRICT JUDGE